**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOES 1-2, CONTROLLING A COMPUTER NETWORK AND THEREBY INJURING PLAINTIFF AND ITS CUSTOMERS,<br><br>Defendants. | Civil Action No: 1:19-cv-00716-ABJ |

**NOTICE OF EXECUTION OF EX PARTE TEMPORARY RESTRAINING
ORDER AND NOTICE RE UNSEALING OF CASE**

On March 14, 2019, Plaintiff Microsoft Corp. ("Plaintiff") moved ex parte for an emergency temporary restraining order pursuant to Rule 65(b) of the Federal Rules of Civil Procedure and 28 U.S.C. § 1651(a) (the "All Writs Act"), and an order to show cause why a preliminary injunction should not be granted.  On March 15, 2019, the matter was heard and this Court granted Plaintiff's Application For An Emergency Temporary Restraining Order And Order To Show Cause Re Preliminary Injunction (the "TRO Application").  In connection with the TRO Application, this Court granted Plaintiff's Motion for Protective Order Sealing Documents, directing that, pending the execution of the temporary restraining order, the instant case and all documents filed in this case be UNDER SEAL pursuant to Federal Rule of Civil Procedure 26(c)(1) such that they are not accessible on the Public Access to Court Electronic Records ("PACER") website or otherwise appear on the public docket.

This Court further ordered that the instant case and the above-referenced documents be unsealed immediately upon execution of the temporary restraining order and, to that end, ordered

that Plaintiff file with the Clerk of the Court a Notice that the temporary restraining order had been executed such that the case and all documents filed in it may appear on the public docket and Plaintiff be permitted to disclose the case materials in their efforts to provide Defendants notice of the preliminary injunction hearing and service of the Complaint by publication and other means.

Accordingly, Plaintiff hereby file this Notice Of Execution Of Ex Parte Temporary Restraining Order And Notice Re Unsealing Of Case and certifies that, execution having been made pursuant to this Court's Ex Parte Temporary Restraining Order And Order To Show Cause Re Preliminary Injunction dated March 15, 2019, the instant case may be immediately unsealed such that all case materials previously filed UNDER SEAL be accessible on the PACER website, appear on the public docket, and publicized and/or otherwise disseminated by Plaintiff in connection with its efforts to provide Defendants with notice of the preliminary injunction hearing and service of the Complaint.

Dated: March 26, 2019

Respectfully submitted,

*/s/ Gabriel M Ramsey*
Gabriel M. Ramsey (admitted *pro hac vice*)
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Telephone:  (415) 986-2800
Fax:          (415) 986-2827
gramsey@crowell.com

Julia R. Milewski (D.C. Bar No. 1008678)
Justin D. Kingsolver (D.C. Bar. No. 1033806)
Matthew B. Welling (admitted *pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue NW
Washington DC 20004-2595
Telephone:  (202) 624-2500
Fax:          (202) 628-5116
jmilewski@crowell.com
jkingsolver@crowell.com
mwelling@crowell.com

Richard Domingues Boscovich (admitted *pro hac vice*)
MICROSOFT CORPORATION
One Microsoft Way
Redmond, WA 98052-6399
Telephone: (425) 704-0867
Fax:          (425) 936-7329
rbosco@microsoft.com

*Attorneys for Plaintiff Microsoft Corp.*